| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Joseph Nincevich** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2055** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Laura Nincevich** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5294** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter   **7**   **12/18/19** |
| Case number:   **19–35607** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                         12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph Nincevich | Laura Nincevich |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10839 S. Whipple <br> Chicago, IL 60655 | 10839 S. Whipple <br> Chicago, IL 60655 |
| 4. | **Debtor's attorney** <br> Name and address | John J Lynch <br> Lynch Law LTD. <br> 300 E 5th Avenue, Ste. 360 <br> Naperville, IL 60563 | Contact phone 630–960–4700 <br> Email:  jlynch@lynch4law.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Steven R Radtke <br> Chill, Chill & Radtke PC <br> 79 W Monroe Street Suite 1314 <br> Chicago, IL 60603 | Contact phone 312–346–1935 <br> Email: sradtke@chillchillradtke.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                         page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 12/19/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 3, 2020 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/3/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 19-35607-JBS
Joseph Nincevich                                                        Chapter 7
Laura Nincevich
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt               Page 1 of 1       Date Rcvd: Dec 19, 2019
                              Form ID: 309A               Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db/jdb         +Joseph Nincevich,    Laura Nincevich,    10839 S. Whipple,    Chicago, IL 60655-2130
28483431        ACL Services LLC,    29897 Network Place,    Chicago, IL 60673-1298
28483432        Advocate Christ Medical Center,    2701 High Point Dr Suite 124,    Lewisville, TX 75067
28483434       +IICIIA-Integrated Imaging,    44000 Garfield Road,    Clinton Township, MI 48038-1125
28483438       +Med Business Bureau,    Attn: Bankruptcy,    1460 Renaissance Dr #400,
                 Park Ridge, IL 60068-1349
28483439       +Midwest Anesthesiologists,    3407 Momentum Place,    Chicago, IL 60689-0001
28483440       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
28483441       +Renaissance Medical Group,    PO Box 5255,    Oak Brook, IL 60522-5255
28483443       +State Collection Service Inc.,    2509 S Stoughton Road,    Madison, WI 53716-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jlynch@lynch4law.com Dec 20 2019 02:29:11      John J Lynch,    Lynch Law LTD.,
                 300 E 5th Avenue, Ste. 360,    Naperville, IL  60563
tr             +EDI: QSRRADTKE.COM Dec 20 2019 06:58:00       Steven R Radtke,    Chill, Chill & Radtke PC,
                 79 W Monroe Street Suite 1314,    Chicago, IL 60603-4933
28483433       +EDI: CITICORP.COM Dec 20 2019 06:58:00       Citibank,    Attn: Recovery/Centralized Bankruptcy,
                 Po Box 790034,    St Louis, MO 63179-0034
28483435        E-mail/Text: rev.bankruptcy@illinois.gov Dec 20 2019 02:30:43
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
28483436        EDI: IRS.COM Dec 20 2019 06:58:00       Internal Revenue Service (IRS),    PO Box 7346,
                 Philadelphia, PA 19101-7346
28483444        EDI: USBANKARS.COM Dec 20 2019 06:58:00       US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28483437       ##+Malcom S. Gerald and Associates,    332 South Michigan Avenue,    Suite 600,
                 Chicago, IL 60604-4318
28483442       ##+Sinai Medical Centers,    10 Orland Square Dr,    Orland Park, IL 60462-3207
                                                                                     TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          John J Lynch    on behalf of Debtor 2 Laura  Nincevich jlynch@lynch4law.com,
           sgregorowicz@lynch4law.com;r44065@notify.bestcase.com;flynch@lynch4law.com;ctovar@lynch4law.com
          John J Lynch    on behalf of Debtor 1 Joseph  Nincevich jlynch@lynch4law.com,
           sgregorowicz@lynch4law.com;r44065@notify.bestcase.com;flynch@lynch4law.com;ctovar@lynch4law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.axosfs.com
                                                                                           TOTAL: 4
```